```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 08/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOSE QUEZADA,** *on behalf of himself and all others similarly situated,*<br><br>                                        **Plaintiff,**<br><br>-against-<br><br>**SPINDRIFT BEVERAGE CO., INC.,**<br><br>                                        **Defendant.** | 1:21-cv-03826 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:   August 10, 2021
             New York, New York

                                                                 _____
                                                                 **ANDREW L. CARTER, JR.**
                                                                 **United States District Judge**